UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELEKTRA ENTERTAINMENT GROUP INC., a :
Delaware corporation, et al., :
: Civil Action No. 05CV1533 (DGT)(RML)
Plaintiffs, :
: **NOTICE OF DISMISSAL**
-against- :
:
RICHARD DRAYTON, :
:
Defendant. :
-----------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 15 2005 ★

P.M. _____
TIME A.M. _____

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action without prejudice, each party to bear its own costs and attorneys' fees.

Dated: New York, New York
July 25, 2005

By: _____
J. Christopher Jensen (JJ 1864)
Jason D. Sanders (JS 2219)
Maryann Penney (MP-0741)
COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiffs
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

So Ordered:

s/David G. Trager  8/11/05
U.S.D.J.

COURTESY COPY

25369/149/709720.1